RAFAEL ABREU *v.* COMMISSIONER
OF CORRECTION
(AC 33905)

Lavine, Robinson and Bear, Js.

Submitted on briefs January 11—officially released February 12, 2013

Per Curiam. The appeal is dismissed.

FPJ INVESTMENTS, LLC *v.* ANTHONY
BORRELLI, JR., ET AL.
(AC 34460)

DiPentima, C. J., and Beach and Bear, Js.

Argued January 22—officially released February 12, 2013

Per Curiam. The judgment is affirmed.

NELSON COLON *v.* COMMISSIONER
OF CORRECTION
(AC 33466)

Beach, Sheldon and Bishop, Js.

Argued January 16—officially released February 12, 2013

Per Curiam. The appeal is dismissed.